[No. 9938–1–II.   Division Two.   November 23, 1987.]

MATTYE SUE PETERS, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85–2–00784–1, Alan R. Hallowell, J., entered April 21, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 7972–4–III.   Division Three.   November 24, 1987.]

FIRST INTERSTATE BANK OF WASHINGTON, N.A., *as Trustee,* ET AL, *Appellants,* v. BEN BEVIS, *Respondent.*

BEN BEVIS, *Respondent,* v. FIRST INTERSTATE BANK OF WASHINGTON, N.A., *as Trustee, Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 86–2–00062–8, Fred Van Sickle, J., entered June 18, 1986. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, C.J., and Green, J.

[No. 8137–1–III.   Division Three.   November 24, 1987.]

*In the Matter of the Marriage of* FRANK E. BARD, JR., *Appellant, and* IONE L. BARD, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–3–01144–5, Dennis D. Yule, J., entered September 5, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.